JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KRISTEN WILLIAM DAVIS,

               Petitioner,

     v.

DAVID HALBROOK,

               Respondent.

Case No. 5:22-cv-00547-SPG-SP

**JUDGMENT**

     Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action dismissed with prejudice.

Dated: March 31, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-